# In the United States Court of Federal Claims

* * * * * * * *

| | |
|---|---|
| RAMONA INVESTMENT GROUP I, A CALIFORNIA LIMITED PARTNERSHIP, * | |
| Plaintiff, * | No. 04-1267C |
| v. * | Filed: December 15, 2004 |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |

* * * * * * * *

**ORDER**

Defendant's Answer is due no later than January 3. The JPSR will be filed on or before February 22. Thereafter, we will schedule a hearing to discuss the need for discovery, if any, and the likelihood of potentially dispositive motions.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge