# In the United States Court of Federal Claims

* * * * * * * *

| | | |
|---|---|---|
| RAMONA INVESTMENT GROUP I, A CALIFORNIA LIMITED PARTNERSHIP, | * | |
| | * | |
| Plaintiffs | * | No. 04-1267C |
| v. | * | Filed: January 7, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| | * | |

* * * * * * * *

**ORDER**

The parties are reminded that the joint preliminary status report is due on February 22. We will contact the parties soon thereafter to schedule a status conference concerning the need for discovery, if applicable. Counsel will notify the court promptly upon determining that a party will file a dispositive motion

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge