# In the United States Court of Federal Claims

* * * * * * * *

RAMONA INVESTMENT GROUP I, *
A CALIFORNIA LIMITED PARTNERSHIP,
*
Plaintiffs — No. 04-1267C
*
v. — Filed: March 16, 2005
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * * *

**ORDER**

The parties' Joint Motion for a Stay of Proceedings is GRANTED. The parties will file a status report with the court within 90 days or 14 days after the conclusion of ADR whichever occurs first.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge